**Dismiss and Opinion Filed September 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00499-CV**

**FREIDA BOSH, Appellant**
**V.**
**HILLSIDE WEST SENIORS, LP DBA HILLSIDE WEST SENIORS,**
**Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-02160-C**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Nowell

Appellant has filed a notice of nonsuit, stating she no longer wishes to prosecute this appeal. We construe the notice as a motion to dismiss the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

240499f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FREIDA BOSH, Appellant

No. 05-24-00499-CV     V.

HILLSIDE WEST SENIORS, LP
DBA HILLSIDE WEST SENIORS,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-24-02160-
C.
Opinion delivered by Justice Nowell,
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of September, 2024.